No. 939.  S. D. WARREN Co. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 1st Cir.  Certiorari denied.  *Robert W. Meserve* and *John R. Halley* for petitioner.  *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli, Norton J. Come* and *Leonard M. Wagman* for respondent.

No. 990.  THAGGARD *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  *Ira De Ment III* for petitioner.  *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 993.  FLICK-REEDY CORP. *v.* HYDRO-LINE MANUFACTURING Co.; and
No. 994.  HYDRO-LINE MANUFACTURING Co. *v.* FLICK-REEDY CORP.  C. A. 7th Cir.  Certiorari denied.  *John Rex Allen, James C. Wood* and *Lloyd W. Mason* for petitioner in No. 993.  *Martin J. Brown* and *Malcolm S. Bradway* for respondent in No. 993 and for petitioner in No. 994.  *James C. Wood* and *Lloyd W. Mason* for respondent in No. 994.  Reported below: 351 F. 2d 546.

No. 1001.  KENNER *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  *Howard Hilton Spellman* for petitioner.  *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 1002.  KNIGHT & WALL Co. ET AL. *v.* BRYANT, GOVERNOR OF FLORIDA, ET AL.  Sup. Ct. Fla.  Certiorari denied.  *Tom Fairfield Brown* for petitioners.  *Earl Faircloth,* Attorney General of Florida, and *Edward D. Cowart* and *Larry Levy,* Assistant Attorneys General, for respondents.